**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sharon Bohanan,

       Plaintiff,                   Civil 10-1454 (RHK/FLN)

vs.                               **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

Wyeth LLC,

       Defendant.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 15, 2010

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge